## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
## INDIANAPOLIS DIVISION

SONYA NSIIRO, individually and on behalf of all others similarly situated,

Plaintiff,

- against -

STATEWIDE CREDIT ASSOCIATION,

Defendant.

Docket No: 1:18-cv-00424-JMS-MPB

## DISMISSAL ORDER

**IT IS HEREBY ORDERED:**

THAT pursuant to the parties' September 17, 2018 Stipulation of Dismissal, all claims asserted against Defendant STATEWIDE CREDIT ASSOCIATION in Civil Action No: 1:18-cv-00424-JMS-MPB, are dismissed with prejudice; and any claims purportedly raised on behalf of a class are dismissed without prejudice. [1]

THAT all parties shall bear their own attorneys' fees and costs incurred in this action [24].

**SO ORDERED.**

Date: 9/18/2018

Hon. Jane Magnus-Stinson, Chief Judge
United States District Court
Southern District of Indiana

Copies to counsel of record
electronically registered.

[1] The parties submitted order did not address the class claims raised in the complaint, so the Court addresses them here. If the Court's order is in error, the parties should notify the Court.